*Orlando Meads, receiver, &c. et al.* v. *Daniel T. Wandell et al.* J. EDWARDS and O. MEADS, for complainants; A. TABER and E. C. LITCHFIELD, for defendants. Decided that the <span class="margin">Effect of grant of a ferry.</span> grant of a franchise to keep a ferry between two places does not necessarily exclude the right of the state, or those in whom the right of granting such a franchise is vested, from granting a similar right to others between different points; unless there is something exclusive in the terms of the first grant.

That an injunction will not be granted to prevent a party from using a franchise which he claims as belonging to him,

until the complainant has established his exclusive right there-to, by a suit at law, or otherwise.

Injunction dissolved; costs to abide the event.